## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

LOUISE H. McKLEMURRY                                         PLAINTIFF

vs.                                               Civil Action No. 3:09-cv-181 HTW-LRA

J. DEWAYNE THOMAS, MICHAEL G. POND,
JOHN GADOW, Individually and Severally, and
JOHN DOES A THROUGH Z                                DEFENDANTS

## ORDER OF DISMISSAL

All parties herein have agreed to, and announced to the court, a settlement of this case. Before submitting to this court a Final Judgment, the parties must complete various preliminary steps: a filing in state Chancery Court opening an estate; a filing in this court substituting parties, etc. Meanwhile, this court need not retain this litigation on its active docket.

Therefore, it is ordered that this case is hereby dismissed without prejudice as to all parties.

If any party fails to consummate this settlement within **THIRTY (30) DAYS**, any aggrieved party may reopen the case for enforcement of the settlement agreement and, if successful, all additional attorney fees and costs from the date of this order shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

SO ORDERED, this the 12th day of March, 2013.

**s/ HENRY T. WINGATE**
**UNITED STATES DISTRICT JUDGE**